Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 76.235.21.60

UNITED STATES DISTRICT COURT

NORTHNER   DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>            Plaintiff,<br><br>    vs.<br><br>John Doe subscriber assigned IP address 76.235.21.60<br>            Defendants. | No. 3:18-CV-01947-JSC<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 76.235.21.60** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 76.235.21.60.

DATED this 13th day of August, 2018.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


By /S/  Steve Vondran
    Steven C. Vondran, Esq.
    *Attorneys for IP 76.235.21.60*

**ORIGINAL** of the foregoing *e-filed* this 6th day of August 2018, with:

UNITED STATES DISTRICT COURT

Honorable Jacqueline Scott Corley

San Francisco Courthouse, Courtroom F - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on August 13th,, *2018,* at Newport Beach, California.

By:   */s/      Lisa Vondran* _____
         Lisa Vondran, Assistant